IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALICIA G. ATIENZA and CLODUALDO A. ATIENZA,

    Plaintiffs,

  v.

COMMONWEALTH LAND AND TITLE, et al.,

    Defendants.

No. C 11-03154 JSW

**ORDER OF DISMISSAL**

On November 15, 2011, the Court issued an Order to show cause why this case should not be dismissed for failure to prosecute. The Court further ordered that Plaintiffs' response to the Order to Show Cause would be due by December 6, 2011, and that if they failed to file a response to the Order to Show Cause by December 6, 2011, the Court would dismiss this case. To date, Plaintiffs have not filed any response to the show cause Order. Accordingly, this matter is HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA G ATIENZA et al,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH LAND AND TITLE et al,<br><br>Defendant. | Case Number: CV11-03154 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alicia G. Atienza
136 Saint Francis Bouldvard
San Francisco, CA 94127

Clodualdo A. Atienza
136 Saint Francis Bouldvard
San Francisco, CA 94127

Dated: January 5, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2