United States District Court

For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ALICIA G. ATIENZA and CLODUALDO A.
    ATIENZA,
10                                                   No. C 11-03154 JSW
                      Plaintiffs,
11
        v.
12                                                   **ORDER OF DISMISSAL**
    COMMONWEALTH LAND AND TITLE, et
13  al.,

14                    Defendants.
                                            /
15

16          On November 15, 2011, the Court issued an Order to show cause why this case should

17  not be dismissed for failure to prosecute.  The Court further ordered that Plaintiffs' response to

18  the Order to Show Cause would be due by December 6, 2011, and that if they failed to file a

19  response to the Order to Show Cause by December 6, 2011, the Court would dismiss this case.

20  To date, Plaintiffs have not filed any response to the show cause Order.  Accordingly, this

21  matter is HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to

22  Federal Rule of Civil Procedure 41(b).

23          The Clerk shall close the file.

24          **IT IS SO ORDERED.**

25

26  Dated:  January 5, 2012                     _____
                                                 JEFFREY S. WHITE
27                                               UNITED STATES DISTRICT JUDGE

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALICIA G ATIENZA et al,

        Plaintiff,

  v.

COMMONWEALTH LAND AND TITLE et al,

        Defendant.

_____/

Case Number: CV11-03154 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alicia G. Atienza
136 Saint Francis Bouldvard
San Francisco, CA 94127

Clodualdo A. Atienza
136 Saint Francis Bouldvard
San Francisco, CA 94127

Dated: January 5, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk